UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| J.M. | CIVIL ACTION |
| VERSUS | NO. 14-79 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "H" (3) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Attorney's Fees and Costs Under the Equal Access to Justice Act [Doc. 26] is **GRANTED IN PART**, in that plaintiff is entitled to attorney's fees in the amount of $4,725.00 as outlined in the Report and Recommendation.

New Orleans, Louisiana, this __21st__ day __October__, 2015.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE